UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT W. ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | No. 2:14-cv-0210 AC<br><br><br>ORDER |

Before the Court is plaintiff's Motion of Petitioner for award of attorney's fees pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1). ECF No. 27. Defendant has filed a Statement of Non Opposition. ECF No. 28. In its role "resembling that of a trustee" for plaintiff, Gisbrecht v. Barnhart, 535 U.S. 789, 798, n.6 (2002), defendant has included in its Statement, an analysis of the requested fees, in order to assist the court.

Based on the pleadings as well as the Statement of the defendant commissioner, and recognizing the contingency fee agreement between plaintiff and counsel,

IT IS HEREBY ORDERED that attorney fees in the total amount of Twenty Six Thousand Three Hundred Forty Eight Dollars ($26,348.00) pursuant to 42 U.S.C. § 406(b)(1) be paid. Upon receipt of payment, plaintiff's counsel shall refund to plaintiff the $6,563.81 in EAJA fees previously accepted for work in this matter.

////

1

The check for attorney's fees, expenses, and costs shall be made payable to Plaintiff's attorney, Howard D. Olinsky at the following address:

>   300 South State Street
>   Suite 420
>   Syracuse, NY 13202

DATED: August 5, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE